FILED 7/27/2023 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff* v. THE UNITED STATES, *Defendant* | No. 1:23-cv-04808-UNA |

# EMERGENCY NOTICE OF APPEAL

I, Plaintiff-Petitioner Raj K. Patel (Rama CCCX), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on July 26 and 27, 2023.

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: July 27, 2023

1

## CERTIFICATE OF SERVICE

    I certify that I served a copy of the foregoing Notice of Appeal on 7/27/2023 to below individuals via the Clerk of Court and e-mail:

**The United States**
AG Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

**The United States**
Morris Pasqual Eastern Division (Chicago)
219 S. Dearborn St., Suite 500
Chicago, IL 60604
(312) 353-5300
USAILN.InternetWebmaster@usdoj.gov

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: July 27, 2023