UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Raj K Patel

          Plaintiff,

v.

The United States

          Defendant.

Case No.: 1:23−cv−04808
Honorable Thomas M. Durkin

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2023:

    MINUTE entry before the Honorable Thomas M. Durkin: Patel's motion for reconsideration [13] of this Court's dismissal of his amended petitions for a writ of mandamus is denied. "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact." Caisse Nationale de Credit Agricole v. CBI Indus., Inc., 90 F.3d 1264, 1269 (7th Cir. 1996). Patel has not established any manifest error of law or fact. The issue remains that Patel's amended petitions are premised on allegations that are wholly incredible and largely incoherent, Denton v. Hernandez, 504 U.S. 25, 32–33 (1992), and "lack[] an arguable basis in law or in fact," Neitzke v. Williams, 490 U.S. 319, 324–25 (1989), abrogated on other grounds by Bell Atl. Corp. v. Twombly, 550 U.S. 544 (2007). Because the amended petitions are frivolous and fail to state a claim, dismissal was and still is the proper course. Patel has filed numerous similar lawsuits in federal courts around the country, which have likewise been dismissed as frivolous and for failure to state a claim. See, e.g., Patel v. United States, No. 21–CV–6553, 2021 WL 4267498, at *1 (S.D.N.Y. Sept. 20, 2021) (citing 17 cases filed by Patel and dismissed on the stated grounds); see also Patel v. Patel, 834 F. App'x 244 (7th Cir. Jan. 21, 2021) (Mem) (upholding dismissal for failure to state a claim and warning Plaintiff against filing frivolous appeals). Indeed, Patel is subject to a filing bar in the United States District Court for the Southern District of Indiana. Patel v. Univ. of Notre Dame du Lac, No. 22–2251, 2023 WL 2387220, at *1 (7th Cir. Mar. 7, 2023). Though this appears to be his first filing in the Northern District of Illinois, in view of the existing filing bar in the Southern District of Indiana and the numerous frivolous suits Patel has filed in this Circuit and across the country, the Court will refer Patel's case to the Executive Committee with a recommendation that a filing bar be imposed. The Court further certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order dismissing the amended petitions would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.